RECEIVED BY MAIL
OCT 07 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
OCT 07 2021
U.S. DISTRICT COURT MPLS

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**NOBLE PARTY**

Plaintiff(s),

vs.

**Scotusblog**

Defendant(s).

Case No. 21-cv-2219 PJS/ECW
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ___   NO ✓

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    | | |
    |---|---|
    | Name | NOBLE PARTY |
    | Street Address | 5019 E. 54th STREET APT. 506 |
    | County, City | HENNIPIN, MINNEAPOLIS |
    | State & Zip Code | MINNESOTA |
    | Telephone Number | 651-253-6283 |

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

   Name: UNITED STATES SUPREME COURT

   Street Address: ONE FIRST STREET NE, IN

   County, City: WASHINGTON D.C. 20543

   State & Zip Code: DISTRICT OF COLUMBIA 20543

b. Defendant No. 2

   Name:

   Street Address:

   County, City:

   State & Zip Code:

c. Defendant No. 3

   Name:

   Street Address:

   County, City:

   State & Zip Code:

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal Question       ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.
   ARTICLE 3 OF THE U.S. CONSTITUTION
   BEHAVIOR OF THE COURT?

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                         State of Citizenship:  NA

   Defendant No. 1:   NA                   State of Citizenship:

   Defendant No. 2:                        State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☐ Defendant(s) reside in Minnesota    ☐ Facts alleged below primarily occurred in Minnesota
    ☐ Other: explain          NA

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. THE QUESTION IS DOES THE AMERICAN COURT ①

KEEP ITS **INDEPENDENCE** WITH A "TRANSLUCENT" ACRONYM, AS THE ACRONYM ITSELF STANDS FOR SUPREME COURT OF THE UNITED STATES. IS IT THE BEHAIVOR OF THE COURTS TO CAUSE A TRANSLUCENT IMAGE OF A CONNECTION TO SCOTLAND COURTS, AS IT MAY CAUSE A LOSS OF OUR INDEPENCE OF OUR HIGHEST COURT. IT BECOMES MISLEADING, THE ACRONYM ITSELF. ARTICLE 3 STATES NO LAW AGAINST AN ACRONYM but "BEHAVIOR" OF THE COURTS.

② THE HARM ITSELF MAYBE UPON THE COURT ITSELF, THE FACT OF A TRANSLUCENT Acronym Giving REFENCE TO SCOTLAND by SITE NOT by defENITION So it is the behAVioR OF the COURT ITSELF.

③ THAT THE INDEPENDENCE STANDS FOR OUR COURTS BECAUSE OF OUR KINGS BENCH POWER AND "APART OF" OUR CHECK AND BALANCE SYSTEM, AND AN ACRONYM SHOULD NOT TAKE THAT POWER OR INDEPENCE AWAY. IS SCOTUS BLOG A TRADEMARK?

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

THAT THE ACRONYM SCOTUS BE ONly SPElled OUT OR AlWAys hAVing THE Full INTERPRETATION IN AND FOR Description FOR THE PEOPlE AND NATION.

Date: October 4 2021

Signature of Plaintiff  Noble PARTY  Leron P. Wafuy

Mailing Address  5019 E. 54th Street Apt. 506 Minneapolis MN, 55417

Telephone Number  651-253-6283

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5