Theron Preston Washington
5019 E. 54th Street Apt. 506
Minneapolis, MN 55417

RECEIVED BY MAIL
OCT 07 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
District of Minnesota
Clerk's Office
Minneapolis Division
300 S. 4th Street
Suite 202
Minneapolis, MN 55415-2207

Minneapolis MN 554
TUE 05 OCT 2021 PM

SCANNED
OCT 07 2021
U.S. DISTRICT COURT MPLS

