# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Noble Party,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>SCOTUSblog and United States Supreme Court,<br><br>　　　　　　Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 21-cv-2219 PJS/ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED THAT:

The Court dismisses this action (though without prejudice to the filing of a paid complaint making the same allegations). *See, e.g.*, *Denton v. Hernandez*, 504 U.S. 25, 34 (1992); *Wilson v. Johnston*, 68 F. App'x 761, 761–762 (8th Cir.2003) (citing *Denton*). The Court also denies the IFP Application as moot. Finally, the Court also certifies that any appeal taken from this Order would not be in good faith, and thus any request to proceed IFP on appeal will be denied on that basis. *See* Fed. R. App. P. 24(a)(3)(A).

| | |
|---|---|
| Date: 10/13/2021 | KATE M. FOGARTY, CLERK |